THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMMIE E. FLOWERS, Appellant.— Motion by respondent to dismiss appeal denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. HOLLAND, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five typewritten copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the January 1961 Term. The appeal is ordered placed on the calendar for said term. Motion for assignment of counsel granted. Grant Reynolds, Esq., 20 Depot Plaza, White Plains, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE WIATROWSKI, Appellant.— On the court's own motion, the decision handed down September 26, 1960 (ante, p. 956), is amended by striking out the designation of James J. O'Donnell, Esq., as counsel to prosecute the appeal, and by substituting therefor Joseph R. Pisani, Esq., 249 Huguenot Street, New Rochelle, N. Y., as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMELIA MALAVE, by Her Guardian ad Litem, ELIZABETH CARCICH, Appellant, v. JOHN VASTA et al., Respondents.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typewritten minutes) and on a typewritten brief. The appellant is directed to file five copies of her brief and to serve one copy on the respondents. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARSHALL FLORENCE, Appellant, v. JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Motion for reconsideration of motion for leave to appeal as a poor person and for assignment of counsel denied. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

WOLF STAHL, Respondent, v. ILBERT STAHL et al., Appellants.— Motion by appellants to extend time to perfect their appeal granted, on condition that appellants argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered to be placed on the calendar, peremptorily against appellants, for said term. The record and appellants' brief must be served and filed on or before November 14, 1960. Stay continued pending determination of appeal. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.